**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__EASTERN__ District of __NEW YORK__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  TAP-TEE REALTY INC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  26-2940990

4. **Debtor's address**

   **Principal place of business**

   525 MYRTLE AVENUE
   Number    Street

   SUITE C-1

   BROOKLYN    NY    11205
   City    State    ZIP Code

   KINGS
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)  _____

Debtor  TAP-TEE REALTY INC_____    Case number (*if known*)_____
        Name

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ❏ Partnership (excluding LLP)

   ❏ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*

   ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ❏ Railroad (as defined in 11 U.S.C. § 101(44))

   ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ☑ None of the above

   B. *Check all that apply:*

   ❏ Tax-exempt entity (as described in 26 U.S.C. § 501)

   ❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

   ❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___5239___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ❏ Chapter 7

   ❏ Chapter 9

   ☑ Chapter 11. *Check **all** that apply*:

       ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

       ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

       ❏ A plan is being filed with this petition.

       ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ❏ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No

   ❏ Yes.  District _____  When _____  Case number _____
                                                                   MM /  DD / YYYY

                 District _____  When _____  Case number _____
                                                                    MM /  DD / YYYY

Debtor  TAP-TEE REALTY INC_____     Case number (*if known*)_____
       <sub>Name</sub>

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ■ No<br>❏ Yes.  Debtor _____  Relationship _____<br>    District _____  When  _____<br>                           MM / DD / YYYY<br>    Case number, if known  _____ |
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>❏ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>❏ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>  **Why does the property need immediate attention?** (*Check all that apply.*)<br>  ❏ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>  ❏ It needs to be physically secured or protected from the weather.<br>  ❏ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>  ❏ Other _____<br><br>  **Where is the property?** _____<br>           Number  Street<br>           _____<br>           _____  ____  _____<br>           City          State  ZIP Code<br><br>  **Is the property insured?**<br>  ❏ No<br>  ❏ Yes.  Insurance agency _____<br>     Contact name  _____<br>     Phone  _____ |

■ **Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>❏ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ■ 1-49    ❏ 1,000-5,000    ❏ 25,001-50,000<br>❏ 50-99    ❏ 5,001-10,000    ❏ 50,001-100,000<br>❏ 100-199    ❏ 10,001-25,000    ❏ More than 100,000<br>❏ 200-999 |

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page **3**

Debtor    TAP-TEE REALTY INC_____    Case number (*if known*)_____
           Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ⬛ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>⬛ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/11/2025
             MM / DD / YYYY

✗ ___/S/ EDDIE DORAN_____    _____EDDIE DORAN_____
  Signature of authorized representative of debtor    Printed name

Title ___PRESIDENT_____

**18. Signature of attorney**

✗ ___/S/ JOSHUA REID BRONSTEIN ESQ____    Date  08/11/2025
  Signature of attorney for debtor                MM / DD / YYYY

JOSHUA REID BRONSTERIN ESQ
Printed name
Joshua R. Bronstein & Associates, PLLC
Firm name
114 Soundview Drive
Number     Street
Port Washington                              NY         11050
City                                         State      ZIP Code

Tel 516-698-0202                             Email jbrons5@yahoo.com
Contact phone                                Email address

4178687                                      NY
Bar number                                   State