```
Angel Michael Master
165 W Kings Bridge Rd
Mount Vernon NY 10550

Carlos Smith
3051 Hewlett Ave
Merrick NY 11566

Duane A Dobson
7120 Strathmore St
Falls Church VA 22042

Eileen Moxley
141 Patriot Park
Montevallo AL 35115

Estate of Helen V Dobson
Attn Eileen Moxley
141 Patriot Park
Montevallo AL 35115

Estate of James Hill
Attn Lucille Howell
3005 Tolbert Ct
Lowell NC 28098

Estate of Paulette Smith
Attn Carlos Smith
3051 Hewlett Ave
Merrick NY 11566

Estate of Violet Carmel Smith
Attn Lynn Carlot Williams
489 Pine St Apt 3
Brooklyn NY 11208

Estate of Walter Smith
Attn Carlos Smith
3051 Hewlett Ave
Merrick NY 11566

Joan Smith
489 Pine St
Brooklyn NY 11208

Lucille Howell
3005 Tolbert Ct
Lowell NC 28098

Lynn Smith-Williams
489 Pine St Apt 3
Brooklyn NY 11208

Planet Home Lending LLC
Attn Wilmington Trust NA
321 Research Parkway Suite 303
Meriden CT 06450
```

```
Robert Wanker
59 Bay Ridge Pkwy
Brooklyn NY 11209

Russel Smith Dulce
210-23 1113 Ave
Queens Village NY 11429

Shameela Umshakoura
fka Patricia E Dobson
1367 St Marks Ave Apt 2B
Brooklyn NY 11233

Steven Terruso
2043 E 54th St
Brooklyn NY 11234

Tyrone Cedric Howell
182 Canyon Drive
Raeford NC 28376

Tyrone Samuel Hill
182 Canyon Drive
Raeford NC 28376

Waymon Smith
310 Milford St
Brooklyn NY 11208
```